DAVID R. SMITH, PLAINTIFF-PETITIONER, v. CITY COUN-
CIL OF THE CITY OF HACKENSACK, *ET AL.*, DEFEND-
ANTS-RESPONDENTS.

*Messrs. Chandless, Weller & Kramer* for the petitioner.

*Mr. George A. Brown* for the respondents.

January 15, 1962.    Denied.

EILEEN LINDA PEER, *ET AL.*, PLAINTIFFS-RESPONDENTS,
v. CITY OF NEWARK, DEFENDANT-PETITIONER.

*Mr. Vincent P. Torppey, Mr. Jacob M. Goldberg* and
*Mr. Joseph A. Ward* for the petitioner.

*Messrs. Zarin & Yormark* and *Mr. Sheldon A. Weiss*
for the respondents.

January 15, 1962.    Denied.